

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00053-CV

**IN THE INTEREST OF R.M.M.**, a Child

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014PA02913
Honorable Peter Sakai, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's order terminating M.G.'s parental rights is AFFIRMED. Because Appellant is indigent, no costs are taxed in this appeal.

SIGNED July 20, 2016.

_____
Patricia O. Alvarez, Justice